IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC PEDROZA, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>VS.<br><br>NOISE ATTENUATION CONSTRUCTION, LLC,<br><br>Defendant. | §§§§§§§§§§§§ NO. 4:16-CV-164-A |

ORDER

Came on for consideration the motion of plaintiff, Eric Pedroza, for default judgment. On June 7, 2016, default was entered against defendant, Noise Attenuation Construction, LLC. After having studied the allegations of the complaint and the motion for default judgment, as well as the documents submitted by plaintiff in support thereof, the court has concluded that the allegations of the complaint, which are taken as established by virtue of defendant's default, support a default judgment against defendant. The court is satisfied that plaintiff has correctly analyzed the appropriate amount of damages in the above-captioned action.

Therefore,

The court ORDERS that defendant is in default, and that default judgment be, and is hereby, entered against defendant consistent with the provisions of this order.

The court further ORDERS that plaintiff have and recover from defendant $3,901.00 in damages.

The court further ORDERS that plaintiff have and recover from defendant post-judgment interest on the total sum of $3,901.00 at a rate of 0.45%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

Accordingly, a final default judgment consistent with this order is being rendered on this date.

SIGNED July 8, 2016.

_____
JOHN McBRYDE
United States District Judge