IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 6 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ERIC PEDROZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:16-CV-164-A |
| § | |
| NOISE ATTENUATION CONSTRUCTION, § | |
| LLC, § | |
| § | |
| Defendant. § | |

### ORDER

Came on for consideration the motion for legal fees and costs filed on July 22, 2016, by plaintiff, Eric Pedroza. The court has reviewed the motion and awarded costs and what the court expects would be the appropriate fee for attorneys with similar qualifications to plaintiff's attorneys practicing in Fort Worth, Texas. The court awards a total of $9148.75 reduced by 10% to $8,233.88 in attorneys' fees and $771.29 in costs for a total of $9,005.17. Therefore,

The court ORDERS that plaintiff recover from defendant, Noise Attenuation Construction, LLC, $9,005.17 for attorneys' fees and costs in the above-captioned action, plus post-judgment interest thereon at the rate of 0.55%, computed daily on the

unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

SIGNED July 26, 2016.

_____
JOHN McBRYDE
United States District Judge