IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC PEDROZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:16-CV-164-A |
| § | |
| NOISE ATTENUATION CONSTRUCTION, § | |
| LLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT AS TO ATTORNEYS' FEES

Consistent with the order signed on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Eric Pedroza, recover from defendant, Noise Attenuation Construction, LLC, $9,005.17 for attorneys' fees and costs in the above-captioned action, plus post-judgment interest thereon at the rate of 0.55%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

SIGNED July 26, 2016.

_____
JOHN McBRYDE
United States District Judge