# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Ft. Worth _____ DIVISION

(Name All Plaintiffs and Defendants)

ERIC PEDROZA

CIVIL NUMBER _____4:16-CV-164-A_____

Complete the following if judgment
was rendered in another District:

vs.

NOISE ATTENUATION CONSTRUCTION,
LLC

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States

District Court as indicated above and registered herein, on the _8th_ day of _____July_____, _2016_, in

favor of _____Plaintiff, Eric Pedroza_____

against _____Defendant, Noise Attenuation Construction, LLC_____

in the sum of $ _____$3,901.00_____ with interest at the rate of

_0.45_ per cent per annum from the _8th_ day of ____July____, _2016_.

Costs have been taxed by the Clerk of Court in the sum of $ _____.

Credits reflected by returns on execution in the sum of $_____.

The address of the defendant shown in this suit in which said judgment was rendered:_____

_____900 Taylor Road, Weatherford, TX 76087_____or nature of

citation and date and place citation served:

_____833 Soapberry Dive, Weatherford, TX 76086_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this
Court.

Witness my hand and seal of the Court this _28th_ day of ____July____, 20_16_.

KAREN MITCHELL, CLERK

By _____
Deputy Clerk