IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Ft. Worth         DIVISION

(Name All Plaintiffs and Defendants)

ERIC PEDROZA

CIVIL NUMBER   4:16-CV-164-A

Complete the following if judgment
was rendered in another District:

vs.

NOISE ATTENUATION CONSTRUCTION, LLC

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 26th day of __July__, 2016, in favor of _____Attorneys for Plaintiff, Eric Pedroza, Baron & Budd, PC_____

against _____Defendant, Noise Attenuation Construction, LLC_____

in the sum of $ _____9,005.17_____ with interest at the rate of 0.55 per cent per annum from the 26th day of __July__, 2016.

Costs have been taxed by the Clerk of Court in the sum of $ _____.

Credits reflected by returns on execution in the sum of $ _____0_____.

The address of the defendant shown in this suit in which said judgment was rendered:
_____900 Taylor Road, Weatherford, TX 76087_____ or nature of citation and date and place citation served:
_____833 Soapberry Dive, Weatherford, TX 76086_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this 28th day of __July__, 20_16_.

KAREN MITCHELL, CLERK

By _____
Deputy Clerk